DONOHUE v. CITY WATER POWER CO. et al. (Supreme Court, Appellate Division,

First Department. April 30, 1915.). Action by James M. Donohue, as receiver, etc., against the City Water Power Company and others. Motion for reargument denied. Motion for leave to appeal granted. Order appealed from resettled as indicated in memorandum per curiam. Settle order on notice. See, also, 168 App. Div. 907, 152 N. Y. Supp. 1107.